UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MOSES,

Plaintiff,

-against-

SUPERFOODS, INC., et al.,

Defendants.

26-cv-5240 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On or before December 9, 2026, the parties should submit a joint letter, by **letter motion**, indicating their positions on consolidating this action with four similar personal injury actions arising out of the same product recall, which are currently consolidated for pretrial purposes and pending before this Court. *See Ciccone v. Superfoods, Inc., et al.*, No. 1:26-cv-00537; *Pugh v. Superfoods, Inc., et al.*, No. 1:26-cv-00540; *Sampietro v. Superfoods, Inc., et al.*, No. 1:26-cv-02099; *Rusich v. Superfoods, Inc., et al.*, No. 1:26-cv-02100. The joint letter should also set out the parties' proposed case schedule.

SO ORDERED.

Dated: November 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge